UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

John Gilmore Sampson, M.D., *et al.*,

    Plaintiffs,

v.                                            Case No. 13-10113

Blue Cross Blue Shield of Michigan, a     Honorable Sean F. Cox
Michigan non-profit corporation, *et al.*,

    Defendants.

_____/

## ORDER DECLINING TO EXERCISE SUPPLEMENTAL JURISDICTION OVER STATE-LAW CLAIMS

Plaintiffs filed this action against multiple Defendants, asserting federal question jurisdiction. Although this Court has federal question jurisdiction over Counts I through VII, the remaining counts are based upon state law. Plaintiffs ask the Court to exercise supplemental jurisdiction over those state-law claims.

The applicable statute regarding supplemental jurisdiction, 28 U.S.C. § 1367, provides, in pertinent part, that district courts may decline to exercise supplemental jurisdiction over a claim when:

> 1) the claim raises a novel or complex issue of State law;
> 2) the claim substantially predominates over the claim or claims over which the district court has original jurisdiction;
> 3) the district court has dismissed all claims over which it has original jurisdiction, or
> 4) in exceptional circumstances, there are other compelling reasons for declining jurisdiction.

28 U.S.C. § 1367(c).

Having reviewed the state law claims in Plaintiffs' complaint, this Court concludes that

Plaintiffs' state-law claims predominate.  28 U.S.C. § 1367(c)(2).  In addition, the Court finds that the potential for jury confusion in this case would be great if Plaintiffs' federal claims were presented to a jury along with Plaintiffs' state-law claims.  Thus, the potential for jury confusion is yet another reasons for this Court to decline to exercise supplemental jurisdiction over Plaintiffs' state-law claims.  *United Mine Workers v. Gibbs*, 383 U.S. 715 (1966); *Padilla v. City of Saginaw*, 867 F.Supp. 1309 (E.D. Mich. 1994); 28 U.S.C. § 1367(c)(4).

Accordingly, **IT IS ORDERED** that this Court **DECLINES TO EXERCISE SUPPLEMENTAL JURISDICTION OVER PLAINTIFFS' STATE-LAW CLAIMS** and Counts VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, and XVII  of Plaintiffs' Complaint are hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**.

S/Sean F. Cox  
Sean F. Cox  
United States District Judge

Dated:  January 22, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 22, 2013, by electronic and/or ordinary mail.

S/Jennifer McCoy  
Case Manager